SAMUEL HAMMER, Respondent, *v.* HARRIS MICHAEL, Appellant.

(Submitted January 10, 1927; decided January 18, 1927.)

MOTION to amend remittitur. (See 243 N. Y. 445.)

Motion granted, without costs. Return of remittitur requested and when returned the same will be amended by adding a provision that defendant have judgment against plaintiff for the return of his deposit of one thousand dollars, with interest from date of payment thereof.

---

PAUL WESTPHAL, a Corporation, Respondent, *v.* WESTPHAL'S WORLD'S BEST CORPORATION et al., Appellants.

(Submitted January 10, 1927; decided January 18, 1927.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 243 N. Y. 639.)